UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTNEY SMITH,<br>        Plaintiff,<br><br>    v.<br><br>FBCS, INC.,<br>        Defendant. | Case No. 2:17-cv-4913-JHS<br><br>CIVIL ACTION |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 26, 2018                           Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

 /s/Antranig Garibian
Antranig Garibian, Esq.
PA Bar No. 94538
1800 JFK Blvd, Suite 300
Philadelphia, PA 19103
ag@garibianlaw.com
*Attorneys for Plaintiff*

## **Certificate of Service**

       I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of January, 2018          Respectfully Submitted,

                                                    */s/ Antranig Garibian*
                                                    Antranig Garibian